**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Melissa A. Pulsipher

Appellate case numbers:  01-15-00171-CV
                         01-15-00172-CV

Trial court case numbers: 13CP0049
                          15CP0007

Trial court:             306th District Court of Galveston County

      We note that the petition for writ of mandamus, previously struck by this Court and ordered to be refiled within 10 days, was served on the Texas Department of Family and Protective Services only by mail, and not electronically. We **ORDER** relator to serve the Texas Department of Family and Protective Services, electronically or by hand delivery, with a copy of the stricken brief by 12:00 p.m. (noon) on Thursday, February 26, 2015. Because Texas Department of Family and Protective Services is a party to the case, no privacy concerns are at issue in providing them with the stricken brief. This does NOT relieve relator of the obligation to refile a petition for writ of mandamus that is compliant with Texas Rule of Appellate Procedure 9.8, as previously ordered.

      It is so ORDERED.

Judge's signature: /s/ Harvey Brown
          ☑ Acting individually    ☐ Acting for the Court

Date: February 25, 2015